UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  MH 8329

PATRICIA DODD TAUB,

           Plaintiff,

- against -

SOUTH AFRICAN AIRWAYS (PTY.) LIMITED,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 08 cv 3529

**STATEMENT PURSUANT TO FED. R. CIV. P. 71**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant South African Airways (Pty.) Limited (hereinafter referred to as "SAA") certifies that the following are parent corporation and any publicly held corporation that owns more than 10% of stock of SAA:

    None; SAA is wholly owned by the Government of South Africa.

Dated:    New York, New York
           April 11, 2008

                              CONDON & FORSYTH LLP

                              By_____
                              Michael J. Holland (MH 8329)
                              A Partner of the Firm
                              7 Times Square
                              New York, New York 10036
                              (212) 490-9100
                              Attorneys for Defendant
                              South African Airways (Pty.) Limited