UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

PATRICIA DODD TAUB,

    V.

SOUTH AFRICAN AIRWAYS

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 3529 (LAP)(AJP)

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

_____

_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   ParticularMotion:_____

_____

   All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:   New York, New York
         APRIL 18, 2008

_____
United States District Judge