USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PATRICIA DODD TAUB, :

        Plaintiff, :

  -against- :

SOUTH AFRICAN AIRWAYS (PTY.) LIMITED, :

        Defendant. :

------------------------------------x

08 Civ. 3529 (LAP) (AJP)

ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

    IT IS HEREBY ORDERED that a conference is scheduled for Friday, April 25, 2008 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

    Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

    SO ORDERED.

Dated:    New York, New York
          April 23, 2008

                              Andrew J. Peck
                              United States Magistrate Judge

Copies **by fax & ECF** to:    Gloria Drelich, Esq.
                              Michael J. Holland, Esq.
                              Judge Denise L. Cote