UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

PATRICIA DODD TAUB,

                    Plaintiff,                    08 CV 3529

        -against-

                                            JURY DEMAND

SOUTH AFRICAN AIRWAYS (PTY.) LIMITED,

                    Defendants.

-------------------------------------------------------------------------X

S I R S:

      PLEASE TAKE NOTICE, that the plaintiff demands a trial by jury of all issues.

Dated: New York, New York
       April 25, 2008

                                  DAVID HOROWITZ, P.C.

                    By:

                                  Steven J. Horowitz (SH 1352)
                                  Attorneys for Plaintiff
                                  PATRICIA DODD TAUB
                                  276 Fifth Avenue
                                  New York, New York 10001
                                  (212) 684-3630

To:     CONDON & FORSYTH LLP
        Attorneys for Defendant
        SOUTH AFRICAN AIRWAYS (PTY.) LIMITED
        7 Times Square
        New York, NY 10036
        (212) 490-9100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PATRICIA DODD TAUB,

                      Plaintiff,                          08 CV 3529

        V.                                     AFFIDAVIT
                                                 OF SERVICE
SOUTH AFRICAN AIRWAYS (PTY.) LIMITED,

                      Defendant.
-------------------------------------------------------------------------X
STATE OF NEW YORK   )
                        )
COUNTY OF NEW YORK )


        I, Timothy Robinson,  being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides at Richmond County, State of New York.

        On April 25, 2008 the undersigned served the within:

### JURY DEMAND

by depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive custody of the U.S. Postal Service within New York State, addressed to the following Person(s) at the last known address(s) set forth after their name:

CONDON & FORSUTH LLP
7 Times Square
New York, NY 10036

                                    Timothy Robinson

Sworn to before me this
25th day of April, 2008

Notary Public, State of New York

ZHANNA PISHNYUK
Notary Public, State Of New York
No. 01PI6074625
Qualified In Kings County
Commission Expires May 20, 20 10