

# DAVID HOROWITZ, P.C.
COUNSELOR AT LAW
276 FIFTH AVENUE, SUITE 405
NEW YORK, NEW YORK 10001

(212) 684-3630
Telecopier
(212) 685-8617

May 8, 2008

VIA FACSIMILE TRANSMISSION: [(212) 805-7933]
Magistrate Judge Andrew J. Peck
United States District Court, Southern District
500 Peal Street, Room 1370
New York, New York 10007

      Re: Taub v. South African Airways (PTY.) Limited
           Docket No.: 08 CV 3529 (LAP) (AJP)

Dear Judge Peck:

This office represents the plaintiff Patricia Dodd Taub in the above referenced matter. Please allow this letter to confirm that the parties have stipulated to withdraw the Jury Demand filed by the plaintiff. If this letter meets with your Honor's approval, kindly memo endorse same to effectuate the withdrawal. Thank you for your assistance in this matter.

Very truly yours,
DAVID HOROWITZ, P.C.

Steven J. Horowitz (1352)

cc:

VIA FACSIMILE TRANSMISSION: [(212) 370-4482]
Michael J. Holland, Esq.
CONDON & FORSYTH, LLP
7 Times Square
New York, New York 10036

**MEMO ENDORSED** 5/9/08

On the stipulation of the parties, plaintiff's jury demand is withdrawn. Trial will be non-jury.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Copies by fax to: All Counsel
Judge Preska

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: May 9, 2008                                Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Steven Horowitz, Esq. | 212-685-8617 |
| Michael J. Holland, Esq. | 212-894-6741 |
| | |

# TRANSCRIPTION:

**MEMO ENDORSED 5/9/08**

On the stipulation of the parties, plaintiff's jury demand is withdrawn. Trial will be non-jury.

Copy to:   Judge Loretta A. Preska