# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6740
Direct Fax: (212) 370-4482
mholland@condonlaw.com

June 10, 2008

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Courtroom 1370
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/12/08

Re: Patricia Dodd Taub v. South African Airways (PTY.) Limited
    08 CV 3529 (LAP)(AJP)
    C and F Ref: MJH/63113

Dear Judge Peck:

This will confirm our telephone conversation with your Chambers yesterday afternoon wherein the Court graciously agreed to adjourn the pretrial conference in this matter until June 25, 2008 at 4:30 p.m. before Your Honor. Both sides confirm that discovery is on track to be finished prior to the Court's deadline of July 31, 2008.

The parties thank the Court for its assistance in this matter.

Respectfully yours,

CONDON & FORSYTH LLP

By _____
Michael J. Holland

MJH/mar

cc: Steven Horowitz, Esq.
    Law Offices of David Horowitz, P.C.
    276 Fifth Avenue
    New York, New York 10001

**MEMO ENDORSED** 6/11/08
APPROVED.

SO ORDERED:
_____
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy ETF: [illegible]

7 TIMES SQUARE, NEW YORK, NEW YORK 10036   TELEPHONE 212.490.9100   FACSIMILE 212.370.4453