UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/23/08

PATRICIA DODD TAUB, :

          Plaintiff, : 08 Civ. 3529 (LAP) (AJP)

    -against- : **ORDER OF DISMISSAL ON CONSENT**

SOUTH AFRICAN AIRWAYS (PTY.) LIMITED, :

          Defendant. :

------------------------------------ x

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
             June 23, 2008

                                            Andrew J. Peck
                                     United States Magistrate Judge

Copies **by fax & ECF** to:    Steven Horowitz, Esq.
                                     Michael J. Holland, Esq.
                                     Judge Loretta A. Preska

C:\ORD\Dismiss.AIP

# DAVID HOROWITZ, P.C.

COUNSELOR AT LAW
276 FIFTH AVENUE, SUITE 405
NEW YORK, NEW YORK 10001

(212) 684-3630
Telecopier
(212) 685-8617

June 23, 2008

VIA FACSIMILE TRANSMISSION: [(212) 805-7933]
Magistrate Judge Andrew J. Peck
United States District Court, Southern District
500 Peal Street, Room 1370
New York, New York 10007

      Re: Taub v. South African Airways (PTY.) Limited
         Docket No.: 08 CV 3529 (LAP) (AJP)

Dear Judge Peck:

  This office represents the plaintiff Patricia Dodd Taub in the above referenced matter. Please allow this letter to confirm that the plaintiff has authorized my office to accept defendant's settlement offer in the amount of $15,000.00. Accordingly, please mark the matter settled pending the execution of releases. Thank you for your assistance in this matter.

              Very truly yours,
              DAVID HOROWITZ P.C.

              Steven J. Horowitz (1352)

cc:

VIA FACSIMILE TRANSMISSION: [(212) 370-4482]
Michael J. Holland, Esq.
CONDON & FORSYTH, LLP
7 Times Square
New York, New York 10036