UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   MH 8329

PATRICIA DODD TAUB,                 :

          Plaintiff,          :    Civil Action No.:

          - against -         :    08 CV 3529 (LAP)(AJP)

SOUTH AFRICAN AIRWAYS (PTY.) LIMITED,  :   **STIPULATION AND ORDER OF DISMISSAL**

          Defendant.         :

                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the above-entitled action is hereby dismissed with prejudice and without costs and that an order may be entered to that effect.

Dated:   New York, New York
         ~~June~~ July 3, 2008

_____          CONDON & FORSYTH LLP
David Horowitz, P.C.
Attorney for Plaintiff               By_____
276 Fifth Avenue                        Michael J. Holland (MH 8329)
New York, New York 10001              A Partner of the Firm
(212) 684-3630                        7 Times Square
                                      New York, New York 10036
                                      (212) 490-9100

                                      Attorneys for Defendant
                                      South African Airways (Pty.) Limited

SO ORDERED:

_____
        U.S.D.J.